

# TRINITY
## *Women's Center*

Compassionate care for every stage of a woman's life

*Donald L. Blair II, M.D., F.A.C.O.G.*
*OB/GYN*

*Gayle Smith-Blair, M.D.*
*Psychiatry*

*Cealee A. Thomas, M.D.*
*OB/GYN*

November 12, 2008

To Whom It May Concern:

Ms. Paula Gipson has an expected due date of December 17, 2008.  She will require six weeks of bed rest.  She may return back to her normal activities with no restrictions on January 28, 2009.  If you have any further questions please feel free to contact the office.

Sincerely,

Donald L. Blair, MD

**EXHIBIT  A**