IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PAULA GIPSON,
    Defendant,                                  Court No. 1:08CR00385

and

EXTRA MILE ENTERPRISE, LLC,
    Garnishee,

and

CAPITAL ONE,
    Garnishee.

## WRIT OF CONTINUING GARNISHMENT

It appears that the requirements of 28 U.S.C § 3205 are satisfied. The defendant, Paula Gipson, owes to the United States of America, for criminal restitution, the net outstanding balance of $3,989,394.75, computed through March 9, 2010. The garnishees are Capital One and Extra Mile Enterprise, LLC, c/o Paula Gipson, Prison Registration Number 09328-078, FPC Bryan, Federal Prison Camp, 1100 Ursuline Avenue, Bryan, TX 77803. Counsel for the United States is Mark A. Exley, Assistant United States Attorney, 8000 World Trade Center, 101 West Main Street, Norfolk, VA 23510.

The garnishees shall answer this Writ within 10 days of service of this Writ. The garnishees shall withhold and retain any property in which the defendant has a substantial nonexempt interest and for which the garnishees are or may become indebted to the defendant pending further Order of the Court.

FERNANDO GALINDO, CLERK



By: _____
Deputy Clerk